UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6314** CR-ROETTGER

8 U.S.C. § 1326(a) and (b)(2)
18 U.S.C. § 1543

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANKLYN W.A. REID, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about October 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

**FRANKLYN W.A. REID,**

an alien, having been previously deported from the United States to Jamaica on or about May 7, 1998 and whose removal was subsequent to a conviction for commission of an aggravated felony, knowingly and unlawfully attempted to enter the United States, at Fort Lauderdale/Hollywood International Airport, without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).



## COUNT II

On or about October 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

**FRANKLYN W.A. REID,**

did willfully and knowingly use and attempt to use an altered United States passport, that is a United States passport bearing the name Errol Patrick Walters, Jr., but containing a photograph of the defendant, in that the defendant presented the passport to an Inspector of the United States Immigration and Naturalization Service at the Fort Lauderdale/Hollywood International Airport, to gain entry into the United States; in violation of Title 18, United States Code, Section 1543.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.** _____

v.

**FRANKLYN W.A. REID**

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __NO__
   List language and/or dialect   __English__

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | |
   |---|---|---|---|
   | I   | 0 to 5 days       | _X_ | Petty   ___ |
   | II  | 6 to 10 days      | ___ | Minor   ___ |
   | III | 11 to 20 days     | ___ | Misdem. ___ |
   | IV  | 21 to 60 days     | ___ | Felony  _X_ |
   | V   | 61 days and over  | ___ | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _10/1/00 (Krome)_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **FRANKLYN W.A. REID**     No.:_____

Count # 1:
Illegal Reentry after deportation; in violation of 8 U.S.C. § 1326(b).

*Max Penalty: 20 years' imprisonment; $250,000 Fine

Count # 2 :
False use of Passport; in violation of 18 U.S.C. § 1543.

*Max Penalty: 10 years' imprisonment; $250,000 Fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96