AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; INSPECTOR ANGELA LEAR 356-7790 Ext.109

## United States District Court
**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

FRANKLYN W.A. REID

**WARRANT FOR ARREST**

CASE NUMBER: **00-6314**

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ FRANKLYN W.A. REID _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal reentry after deportation and false use of passport,

in violation of Title 8;18 United States Code, Section(s) 1326(b) and 1543

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

November 2, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |