## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FRANKLYN W. A. REID  CASE NO: 00-6314-CR-ROETTGER

AUSA: BRUCE BROWN / Dehnke  ATTY: _Cembe_

AGENT: INS  VIOL: 8:1326

PROCEEDING: I/A ON INDICTMENT  RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no  COUNSEL APPOINTED: FPD

BOND SET @: 250,000 CSB w/ Neb  To be cosigned by:

FILED by ___ D.C. NOV 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Advised of Charges
sworn for counsel
govt reserves right
to ask for PTD
should dft
become eligible for
bond

Reading of Indictment waived
Not Guilty Plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-27 | 11 | BSS | ✓ |

DATE: 11-6-00  TIME: 11:00  FTL/LSS TAPE # 00 - 055  Begin: 409  End: ___

re-call 1173

3/08.