```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA
                                        CASE NO. 00-6314-CR-ROETTGER
    UNITED STATES OF AMERICA

            vs

    FRANKLYN W. A. REID                 ARRAIGNMENT INFORMATION SHEET
```

FILED by __ D.C.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
        DEFENDANT:           Address:  CUSTODY
                                       _____

                             Telephone:_____
        DEFENSE COUNSEL:     Name:     FPD
                             Address:_____
                                       _____

                             Telephone:_____

        BOND SET/CONTINUED:  $_____
Bond hearing held: yes_____   no_____  Bond hearing set for_____
Dated this   6TH   day of   NOVEMBER           , 2000.
                                        CLARENCE MADDOX
                                        COURT ADMINISTRATOR/CLERK OF COURT

                                        By: Lenny Butler
                                            Deputy Clerk
                                        Tape No.  00- 055

cc: Copy for Judge
    U. S. Attorney
```

