UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55536-004

UNITED STATES OF AMERICA )
            Plaintiff ) Case Number: CR 00-6314-CK-NCR
                     ) REPORT COMMENCING CRIMINAL
     -vs-            )           ACTION
                     )
Franklyn Habington Reid )
            Defendant

********************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court    (circle one)

FILED by ___ D.C.
NOV - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/20/00  am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Reentry after Deportation
                        False Claim to USC

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 10/18/71

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ PTD
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 10/20/00    (9) Arresting Officer: Lear

(10) Agency: INS              (11) Phone: 954-356-7790

(12) Comments: _____