AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; INSPECTOR ANGELA LEAR 356-7790 Ext.109

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**    519 90 3

UNITED STATES OF AMERICA

V.

FRANKLYN W.A. REID

**WARRANT FOR ARREST**

CASE NUMBER: **00-6314**

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ FRANKLYN W A REID _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal reentry after deportation and false use of passport,

in violation of Title 8;18   United States Code, Section(s) 1326(b) and 1543

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*Signature of Issuing Officer*

November 2, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at **Ft. Lauderdale, FL** |

| DATE RECEIVED 11/2/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 11/6/00 | | Edward Purchase, SDUSM |