UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6314-CR-ROETTGER

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

FRANKLYN REID, :

    Defendant. :
_____/

## MOTION TO WITHDRAW

Franklyn Reid ("Reid"), by Assistant Federal Public Defender Samuel J. Smargon ("Smargon"), hereby files this Motion to Withdraw for the following reasons:

1. On November 6, 2000, Reid had his initial appearance. He was charged with one count of Illegal Reentry. His bond was stipulated at $250,000 corporate surety, with a Nebbia.

2. Smargon has visited Reid in F.D.C. four times since that initial appearance. The communication between Reid and Smargon has been "difficult".

3. On December 19, 2000, and December 28, 2000, Smargon went to F.D.C. to visit Reid. On both dates, Reid "refused" to see Smargon.

4. There is an obvious breakdown in the attorney-client relationship such that a new attorney is warranted.



5. There are no motions filed and no trial date set.

WHEREFORE, Assistant Federal Public Defender Samuel J. Smargon requests that he be allowed to withdraw as attorney for Franklyn Reid.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Samuel J. Smargon*

Samuel J. Smargon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 150230
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 29 day of December, 2000 to Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*Samuel J. Smargon*

Samuel J. Smargon

S:\SMARGON\Reid\Withdraw.01