**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | FRANKLYN REID (J) | CASE NO: | 00-6314-CR-ROETTGER |
| AUSA: | BRUCE BROWN /Washington | ATTY: | SAM SMARGON, AFPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | MOTION TO WITHDRAW AS COUNSEL | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C. JAN -8 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Motion to w/draw as counsel is withdrawn.

Motion denied as moot

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE # 01 - 001   Begin: 2651   End: 2693