UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6314-CR-ROETTGER

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

FRANKLYN REID, :

    Defendant. :

## ORDER

THIS CAUSE is before the Court on counsel for the defendant's motion to withdraw (dkt# 15). A hearing was held in this matter at which time counsel withdrew the motion and indicated the problem with the client had been solved. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED as moot. The Federal Public Defender will continue as counsel for Mr. Reid.

DONE AND ORDERED at Fort Lauderdale, Florida this 9th day of January, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Bruce Brown
    AFPD Samuel Smargon