FILED by _____ D.C.

┌─────────────────────┐
│      ⁙ ₊ 9 2001     │
│                     │
│  CLARENCE MADDOX    │
│ CLERK U.S. DIST. CT.│
│ S.D. OF FLA. FT. LAUD.│
└─────────────────────┘

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6314-CR-ROETTGER

UNITED STATES OF AMERICA

v

FRANKLYN W.A. REID

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for TUESDAY FEBRUARY 20, 2001 at 10:00 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

CALENDAR CALL. TRIAL PERIOD BEGINNING TUESDAY FEBRUARY 20, 2001. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 1/19/01

BY: _____

Deputy Clerk