UNITED STATES DISTRICT COURT BY _____
SOUTHERN DISTRICT OF FLORIDA
2001 FEB 12  PM 4: 24

CASE NO. 00-6314-CR-ROETTGER

MAGISTRATE JUDGE SNOW

CLERK, U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

FRANKLYN W. A. REID,  :

    Defendant.  :
_____/

## MOTION TO CONTINUE TRIAL DATE

Franklyn W.A. Reid ("Reid"), by counsel hereby files this Motion to Continue Trial date for the following reasons:

1. Reid was indicted and had his initial appearance on November 6, 2000. He is charged with illegal re-entry after deportation.

2. Reid's bond is $250,000 Corporate Surety; he is currently in F.D.C.

3. Discovery was received on November 27, 2000.

4. The calendar call for this case is set for February 20, 2001. This is the first setting for this case.

5. Reid would request additional time to review the discovery, specifically to review the original deportation proceeding and the underlying offenses.

6. This request is not for the purposes of delay. Reid specifically waives whatever "speedy trial" right he may have as a result of this requested continuance.

7.  Assistant United States Attorney Bruce Brown was made aware of this motion by voicemail on February 8, 2001, but at this time has not stated an objection to the court granting the requested continuance.

>Respectfully submitted,
>
>KATHLEEN M. WILLIAMS
>FEDERAL PUBLIC DEFENDER
>
>By: _____
>Samuel J. Smargon
>Assistant Federal Public Defender
>Attorney for Defendant
>Florida Bar No. 150230
>101 N.E. Third Avenue, Suite 202
>Fort Lauderdale, Florida 33301
>(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this __12__ day of February, 2001 to Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:\SMARGON\Reid\Continue.01.wpd

2