UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANKLYN W.A. REID,

        Defendant.     /

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6314-CR-ROETTGER

**ORDER ON DEFENDANT'S**
**MOTION FOR CONTINUANCE**



        **THIS CAUSE** is before the Court on motion of Defendant for
a continuance of the trial set for April 9, 2001.

        After consideration of the motion, arguments of counsel,
and the record in this cause, the Court concludes that the ends of
justice are served by the granting of a continuance, and that the
ends of justice served by the granting of such continuance outweigh
the best interests of the public and the Defendant(s) in a speedy
trial as required by 18 U.S.C. §3161(h)(8)(A).

        Accordingly, it is

        **ORDERED AND ADJUDGED** that Defendant's motion to continue
is hereby **GRANTED** and this case is continued until this cause can
be reasonably set for trial.  The entire period of delay until jury
selection shall be excludable time.

        It is **FURTHER ORDERED AND ADJUDGED** that the parties shall
continue to comply with the Court's Pretrial Order regarding the
mandates of the Speedy Trial Act, 18 U.S.C. §3161, et seq.

        It is **FURTHER ORDERED AND ADJUDGED** that counsel are to
inform the Court immediately of the resolution of any scheduling
conflicts which have necessitated, caused or contributed to the
continuance of the trial for this cause.    Counsel risks the

imposition of sanctions for failure to do so.

The Court will re-schedule the case at its next available
convenience

**DONE AND ORDERED** this __6__ day of_____ April _____,

2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

2