**HONORABLE NORMAN C. ROETTGER**
United States District Court
Southern District of Florida

FILED by _____ D.C.
OCT 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6314-CR-NCR  Date: 10/30/01
Courtroom Clerk: P. Hart  Court Reporter: Beevers
Probation Officer: _____  Interpreter: _____
Plaintiff(s): U.S.A.  Counsel: Brown

Defendant(s): J. Reid (J)  Counsel: S. Snazya

Reason For Hearing: Plea Ct #1

Result of Hearing/Judgment: D plead & adj. be guilty PSI ordered. Sent. set Tues. Jan 22, 2002 at 10:00 A.M.

Misc.: _____

