UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6314-CR-NCR

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
vs                            )
                              )
FRANKLYN REID                 )
                              )
          Defendant.          )
_____)

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Scott Behnke.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3508
Facsimile: (954) 356-7336

cc: Inspector Angela Lear, INS



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 11TH day of December, 2001 to:

    Samuel J. Smargon
    Assistant Federal Public Defender
    SouthTrust Bank Building
    1 East Broward Boulevard, Suite 1100
    Ft. Lauderdale, Florida 33301

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY