UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6314-Cr-ROETTGER

UNITED STATES OF AMERICA   )
                           )
          Plaintiff,       )
                           )
v.                         )
                           )
FRANKLYN W.A. REID,        )
                           )
          Defendant.       )
_____/

AGREED MOTION TO CONTINUE SENTENCING

The United States of America by and through the undersigned Assistant United States Attorney respectfully requests that the Sentencing currently set for January 22, 2002 at 10:00 a.m. be reset January 28, 2002 at 1:30 p.m.  In furtherance thereof, the undersigned would state as follows:

1.   This case was reassigned to the undersigned assistant less than one month ago from AUSA Bruce Brown who transferred to the Miami office.

2.   The undersigned assistant has a long standing orthodontist appointment on January 22, 2002 at 10:00 a.m. which could only be rescheduled for date in the distant future.



3. The undersigned has conferred with opposing counsel, AFPD Sam Smargon who does not oppose a brief postponement of the sentencing to January 28, 2002 at 1:30 p.m.

4. The undersigned has contacted the Court's deputy, Priscilla Hart who has advised the undersigned that the Court has no conflicting matters currently scheduled for January 28, 2002 at 1:30 p.m.

Wherefore, premises considered, the government respectfully requests that the Court reset the Sentencing in the instant matter from January 22, 2002 at 10:00 a.m. to January 28, 2002 at 1:30 p.m.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
Scott H. Behnke
Assistant United States Attorney
Attorney No. 5500005
500 E. Broward Blvd. Suite 700
Ft. Lauderdale, Fl. 33394
Telephone Number (954) 356-7255
Fax Number (954) 356-7228

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of January, 2002, to counsel for defendant, Sam Smargon, AFPD at 1 East Broward Boulevard, Suite 1100, Fort Lauderdale, Fl. 33301.

_____
Scott H. Behnke
Assistant United States Attorney