|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | Case No.:00-6314-CR-ROETTGER |
| v. | |
| FRANKLYN W.A. REID, | ORDER |
| Defendant._____/ | |



THIS CAUSE is before the Court on motion by Defendant to continue sentencing presently set for Tuesday, January 22, 2002. Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the motion by Defendant to continue sentencing is hereby GRANTED. Sentencing will be reset for Monday, January 28, 2002 at 1:30 p.m.

DONE AND ORDERED this _15_ day of ___Jan.___, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

