HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida


FILED by ___ D.C.
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### COURT MINUTES

Case No.: 00-6314-CR-NCR   Date: 1/28/02
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: present   Interpreter: ___
Plaintiff(s): USA   Counsel: Behnke

Defendant(s): J. Reid (J)   Counsel: S. Smarzer

Reason For Hearing: Sentencing Ct #1

Result of Hearing/Judgment: No fine imposed. 70 mos, assessed $100.00, 2 yrs S.R. not to re-enter US w/out prior permission. period of S.R. non-reporting. surrender to INS. anger control, domestic violence

Misc.: 500 hr BOP Drug Program Coleman, or near Orlando area.