UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6314-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANKLYN REID,

    Defendant.
_____/



FILED by _____ D.C.
JAN 3 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF APPEAL

Notice is hereby given that Franklyn Reid, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 28th day of January, 2002.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436/fax (954) 356-7556

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 30 day of January, 2002, upon Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Samuel J. Smargon

KMW99.1