```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
FRANKLYN REID,             )     CASE NUMBER:
                           )     00-6314-CR-NCR
                           )
        Defendant.         )
                           )
```

Transcript of change of plea proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 30th day of October, 2001.


APPEARANCES OF COUNSEL:

   For the United States:      BRUCE BROWN, AUSA
                                            Fort Lauderdale, Florida

   For the Defendant:          SAMUEL SMARGON, AFPD
                                            Fort Lauderdale, Florida

   Court Reporter:             Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.




OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**