```
 1
 2
 3              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
 4
 5   UNITED STATES OF AMERICA,  )
                                )
 6         Plaintiff,            )
                                )
 7   vs.                         )
                                )
 8   FRANKLYN REID,              )       CASE NUMBER:
                                )       00-6314-CR-NCR
 9                               )
           Defendant.            )
10                               )
11
12         Transcript of sentencing proceedings before the
13   Honorable Norman C. Roettger, United States District Judge, at
14   Fort Lauderdale, Florida, on the 28th day of January, 2002.
15
16
     APPEARANCES OF COUNSEL:
17
       For the United States:       SCOTT BEHNKE, AUSA
18                                  Fort Lauderdale, Florida

19     For the Defendant:           SAMUEL SMARGON, AFPD
                                    Fort Lauderdale, Florida
20

21     Court Reporter:              Jerald J. Reeves, RPR

22     Proceedings recorded by mechanical stenography.

23     Transcription produced by computer.

24
25

              OFFICIAL REPORTER UNITED STATES DISTRICT COURT
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**