## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
#### 299 East Broward Boulevard
#### Fort Lauderdale, FL 33301
#### 954-769-5400

**CLARENCE MADDOX**
**Court Administrator/Clerk of Court**

```
Clerk's Office - Appeal #02-10647-J      Date: March 4, 2002
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6314-CR-NCR
56 Forsyth St., N.W.                      USCA # 02-10647-J
Atlanta, Georgia   30303
```

IN RE: **USA v. Reid**

=================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

       _1_ Volume of Pleadings
       _2_ Volumes of Transcripts

     _X_ Exhibits:

         _1_ PSI (sealed)

                             Sincerely,

           Clarence Maddox, Court Administrator/Clerk

              By: _____
                             Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

LSS      CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6314-ALL

USA v. Reid                                          Filed: 11/02/00
Dkt# in other court: None

Case Assigned to: Judge Norman C. Roettger, Jr.

FRANKLYN W.A. REID (1) , DOB:          Public Defender
10/18/71 Prisoner No.: 55536-           [term  11/07/00]
004                                     FTS 536-4559
     defendant                          305-530-7000
 [term  01/29/02]                       [COR LD NTC pda]
                                        Federal Public Defender's
                                        Office
                                        150 W Flagler Street
                                        Miami, FL 33130-1556
                                        305-530-7000

                                        Samuel J. Smargon
                                         [term  01/29/02]
                                        FTS 356-7556
                                        [COR LD NTC pda]
                                        Federal Public Defender's
                                        Office
                                        1 E Broward Boulevard
                                        Suite 1100
                                        Fort Lauderdale, FL 33301
                                        954-356-7436

Pending Counts:                            Disposition

8:1326A.F REENTRY OF DEPORTED          Imprisonment 70 months;
ALIEN - FELONY                         Supervised Release 24 months;
(1)                                    Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:                         Disposition

18:1543.F FORGERY OR FALSE USE         Dismissed
OF PASSPORT                            (2)
(2)


Offense Level (disposition): 4

Docket as of March 4, 2002 9:47 am                    Page 1

Proceedings include all events.                                                    LSS
0:00cr6314-ALL USA v. Reid                                              CLOSED APPEAL


Complaints:

    NONE

```
Proceedings include all events.                                          LSS
0:00cr6314-ALL USA v. Reid                                      CLOSED APPEAL

FRANKLYN W.A. REID, DOB: 10/18/71 Prisoner No.: 55536-004

                defendant


=========================

USA

                plaintiff


U. S. Attorneys:

    Scott Behnke
    FTS 356-7336
    954-356-7392
    [COR LD NTC]
    Bruce Brown
     [term  12/11/01]
    FTS 356-7336
    954-356-7255X3508
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer
    954-769-5600
    [COR LD NTC]
    Pretrial Services Office
    299 E Broward Boulevard
    Suite 301
    Fort Lauderdale, FL 33301
    954-769-5600

    Probation Officer
    FTS 769-5566
    954-769-5500
    [COR LD NTC]
    United States Probation Office
    299 E Broward Boulevard
    Room 409
    Fort Lauderdale, FL 33301-1865
    954-769-5500
```

```
Proceedings include all events.                                      LSS
0:00cr6314-ALL USA v. Reid                               CLOSED APPEAL
```

11/2/00  (1)    INDICTMENT as to Franklyn W.A. Reid (1) count(s) 1, 2
                (Criminal Category 1) (pb) [Entry date 11/03/00]

11/2/00  (2)    ARREST WARRANT issued as to Franklyn W.A. Reid .    Warrant
                issued by Magistrate Barry S. Seltzer Pretrial Detention
                Requested (pb) [Entry date 11/03/00]

11/2/00  --     Magistrate identification:  Magistrate Judge Lurana S. Snow
                (pb) [Entry date 11/03/00]

11/6/00  (3)    Minutes of Initial Appearance on Indictment held on 11/6/00
                before Magistrate Judge Lurana S. Snow as to Franklyn W.A.
                Reid ;  set status conference for 11/27/00 at 11:00 a.m.
                before Magistrate Barry S. Seltzer Tape #: 00-055 909 (aj)
                [Entry date 11/07/00]

11/6/00  --     ARREST of Franklyn W.A. Reid (aj) [Entry date 11/07/00]

11/6/00  (4)    ARRAIGNMENT INFORMATION SHEET for Franklyn W.A. Reid (1)
                count(s) 1, 2    NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (aj) [Entry date 11/07/00]

11/6/00  (5)    ORDER on Initial Appearance as to Franklyn W.A. Reid Bond
                set to 250,000.00 Corporate Surety Bond w/Nebbia for
                Franklyn W.A. Reid., for Appointment of Public Defender,
                ,  ( Signed by Magistrate Judge Lurana S. Snow  on
                November 6, 2000)  Tape # 00-055 CCAP (aj)
                [Entry date 11/07/00]

11/6/00  (6)    STANDING DISCOVERY ORDER as to Franklyn W.A. Reid   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Judge Lurana S. Snow on November 6,2000)  CCAP
                (aj) [Entry date 11/07/00]

11/6/00  (7)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Franklyn W.A. Reid    Status conference set for 11:00
                11/27/00 for Franklyn W.A. Reid   before Magistrate Barry
                S. Seltzer ( Signed by Magistrate Judge Lurana S. Snow on
                November 6,2000) CCAP [EOD Date: 11/7/00]   CCAP (aj)
                [Entry date 11/07/00]

11/6/00  --     ARREST of Franklyn W.A. Reid (ss) [Entry date 11/08/00]

11/7/00  (8)    REPORT Commencing Criminal Action as to Franklyn W.A. Reid
                DOB: 10/18/71  Prisoner # 55536-004 (aj)
                [Entry date 11/07/00]

11/7/00  (9)    Arrest WARRANT Returned Executed as to Franklyn W.A. Reid
                on 11/6/00 (ss) [Entry date 11/08/00]

11/7/00  (10)   NOTICE of Assignment of Assistant Public Defender for
                Franklyn W.A. Reid. Terminated attorney Public Defender for
                Franklyn W.A. Reid AFPD Samuel J. Smargon assigned. (ss)

```
Docket as of March 4, 2002 9:47 am              Page 4
```

Proceedings include all events.                                          LSS
0:00cr6314-ALL USA v. Reid                                       CLOSED APPEAL

                    [Entry date 11/08/00]

11/7/00  (11)    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                 Franklyn W.A. Reid (ss) [Entry date 11/08/00]

11/22/00 (12)    RESPONSE to Standing Discovery Order by USA as to Franklyn
                 W.A. Reid (mh) [Entry date 11/27/00]

11/27/00 (13)    Minutes of Status Conference held on 11/27/00 before
                 Magistrate Barry S. Seltzer as to Franklyn W.A. Reid; Court
                 Reporter Name or Tape #: 00-094 @ 175-207 (ss)
                 [Entry date 11/28/00]

11/27/00 --      Status conference as to Franklyn W.A. Reid held (ss)
                 [Entry date 11/28/00]

11/27/00 (14)    STATUS REPORT ORDER as to Franklyn W.A. Reid. (Signed by
                 Magistrate Barry S. Seltzer on 11/27/00) CCAP [EOD Date:
                 11/28/00] CCAP (ss) [Entry date 11/28/00]

12/29/00 (15)    MOTION by Franklyn W.A. Reid for Samuel J. Smargon to
                 withdraw as attorney (aj) [Entry date 01/02/01]

1/4/01   (16)    Minutes of Motion to Withdraw as Counsel held on 1/4/01
                 before Magistrate Judge Lurana S. Snow as to Franklyn W.A.
                 Reid;  Tape #: 001(2651-2693); Motion to withdraw as
                 counsel is withdrawn; Motion denied  as moot (aj)
                 [Entry date 01/08/01]

1/9/01   (17)    ORDER as to Franklyn W.A. Reid  denying [15-1] motion for
                 Samuel J. Smargon to withdraw as attorney as to Franklyn
                 W.A. Reid (1) ( Signed by Magistrate Judge Lurana S. Snow
                 on 1/9/01) CCAP [EOD Date: 1/10/01] CCAP※ (mh)
                 [Entry date 01/10/01]

1/19/01  (18)    NOTICE of Hearing as to Franklyn W.A. Reid :  set calendar
                 call for 10:00 2/20/01 for Franklyn W.A. Reid  before
                 Judge Norman C. Roettger Jr. (aj) [Entry date 01/23/01]

2/12/01  (19)    MOTION by Franklyn W.A. Reid to continue trial date (mh)
                 [Entry date 02/13/01]

2/14/01  (20)    ORDER as to Franklyn W.A. Reid  granting [19-1] motion to
                 continue trial date as to Franklyn W.A. Reid (1); Entire
                 period of delay until jury selection shall be excludable
                 time( Signed by Judge Norman C. Roettger Jr. on 2/13/01)
                 CCAP [EOD Date: 2/15/01] CCAP※ (aj) [Entry date 02/15/01]

3/19/01  (21)    NOTICE of Hearing as to Franklyn W.A. Reid Set calendar
                 call for 10:00 on 4/9/01 for Franklyn W.A. Reid before
                 Judge Norman C. Roettger Jr. (mh) [Entry date 03/22/01]

4/1/01   (22)    MOTION by Franklyn W.A. Reid to Continue Trial Date now
                 schedule for April 9, 2001 (aj) [Entry date 04/06/01]

Proceedings include all events.                                                    LSS
0:00cr6314-ALL USA v. Reid                                         CLOSED APPEAL

4/6/01    (23)    ORDER as to Franklyn W.A. Reid granting [22-1] motion to
                  Continue Trial Date now schedule for April 9, 2001 as to
                  Franklyn W.A. Reid (1) (Signed by Judge Norman C. Roettger
                  Jr. on 4/6/01) CCAP [EOD Date: 4/9/01] CCAP※ (mh)
                  [Entry date 04/09/01]

10/30/01  (24)    Minutes of Plea held on 10/30/01 before Judge Norman C.
                  Roettger Jr. as to Franklyn W.A. Reid; GUILTY: Franklyn
                  W.A. Reid (1) count(s) 1; Sentencing 1/22/02 at 10:00;
                  Court Reporter Name or Tape #: Reeves (ss)
                  [Entry date 11/02/01]

10/30/01  --      Change of Plea Hearing as to Franklyn W.A. Reid held (ss)
                  [Entry date 11/02/01]

10/30/01  (25)    Plea Agreement as to Franklyn W.A. Reid (ss)
                  [Entry date 11/02/01]

10/30/01  (26)    NOTICE of Hearing as to Franklyn W.A. Reid: Setting
                  Sentencing for 10:00 1/22/02 for Franklyn W.A. Reid before
                  Judge Norman C. Roettger Jr. (ss) [Entry date 11/02/01]

12/11/01  (27)    NOTICE of Reassignment of US Attorney. Terminated attorney
                  Bruce Brown for USA Added Scott Behnke (ss)
                  [Entry date 12/12/01]

1/11/02   (28)    AGREED MOTION by USA as to Franklyn W.A. Reid to continue
                  sentencing (ss) [Entry date 01/14/02]

1/11/02   (29)    REQUEST by Franklyn W.A. Reid for downward departure (ss)
                  [Entry date 01/14/02]

1/15/02   (30)    ORDER as to Franklyn W.A. Reid  granting [28-1] motion to
                  continue sentencing as to Franklyn W.A. Reid (1)  reset
                  Sentencing for 1:30 1/28/02 for Franklyn W.A. Reid before
                  Judge Norman C. Roettger Jr. ( Signed by Judge Norman C.
                  Roettger Jr. on 1/15/02) [EOD Date: 1/15/02] CCAP※ (dp)
                  [Entry date 01/15/02]

1/28/02   --      Sentencing held Franklyn W.A. Reid (1) count(s) 1 (ss)
                  [Entry date 01/30/02]

1/29/02   (31)    JUDGMENT as to Franklyn W.A. Reid (1) count(s) 1.
                  Imprisonment 70 months; Supervised Release 24 months;
                  Assessment $100.00; count(s) 2. Dismissed (Signed by Judge
                  Norman C. Roettger Jr. on 1/28/02) [EOD Date: 1/30/02] CCAP
                  (ss) [Entry date 01/30/02]

1/29/02   (32)    Minutes of Sentencing held on 1/28/02 before Judge Norman
                  C. Roettger Jr. as to Franklyn W.A. Reid; Court Reporter
                  Name or Tape #: Reeves (ss) [Entry date 02/01/02]

```
Proceedings include all events.                                    LSS
0:00cr6314-ALL USA v. Reid                              CLOSED APPEAL
```

1/30/02  (33)   NOTICE OF APPEAL by Franklyn W.A. Reid re: [31-1] judgment
                order   EOD Date: 1/30/02; Franklyn W.A. Reid (1) count(s) 1;
                   Filing Fee: $ NO FEE REQUIRED - FPD Copies to USCA, AUSA,
                USM, USPO and Counsel of Record. (gf) [Entry date 02/01/02]

2/1/02   --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Franklyn W.A. Reid [33-1]
                appeal (gf) [Entry date 02/01/02]

2/8/02   (34)   TRANSCRIPT INFORMATION FORM as to Franklyn W.A. Reid  re:
                [33-1] appeal   received on 2/12/02 from Court Reporter.
                (Returned to Court Reporter Coordinator) (gf)
                [Entry date 02/13/02]

2/8/02   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 2/8/02 as to Franklyn W.A. Reid  Re: [33-1]
                appeal   USCA Number: 02-10647-J (dl) [Entry date 02/14/02]

2/25/02  (35)   TRANSCRIPT filed as to Franklyn W.A. Reid  of Change of
                Plea Proceedings held 10/30/01  before Judge Norman C.
                Roettger, Jr.  Volume #: 1  Pages: 1-16  re: [33-1] appeal
                . Appeal record due on 3/12/02 for Franklyn W.A. Reid (gf)
                [Entry date 02/26/02]

2/25/02  (36)   TRANSCRIPT filed as to Franklyn W.A. Reid  of Sentencing
                Proceedings held 1/28/02  before Judge Norman C. Roettger,
                Jr.  Volume #: 1  Pages: 1-62  re: [33-1] appeal . Appeal
                record due on 3/12/02 for Franklyn W.A. Reid (gf)
                [Entry date 02/26/02]

3/4/02   (37)   Certificate of readiness transmitted to USCA as to Franklyn
                W.A. Reid  re: [33-1] appeal  by Franklyn W.A. Reid  USCA #
                02-10647-J (dl) [Entry date 03/04/02]

```