USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                                Page 2 of 6

DEFENDANT: FRANKLYN W.A. REID
CASE NUMBER: 0-00-6314-CR-ROETTGER-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **70 Months**.

The Court recommends to the Bureau of Prisons:

   Coleman or Orlando area. 500 hour B.O.P. Drug Treatment Program

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __3/5/02__ to __FCC Coleman-Med__
at __Coleman, FL__, with a certified copy of this judgment.

                                    Carlyle I Holder, warden
                                    ~~UNITED STATES MARSHAL~~

                            By: __Jan Perry, LTE__
                                    ~~Deputy U.S. Marshal~~

